**Opinion issued April 22, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-13-00559-CV**

———————————

**AUTOMATION WASH, LTD., Appellant**

**V.**

**HARRIS COUNTY APPRAISAL DISTRICT, Appellee**

---

**On Appeal from the 269th District Court of Harris County, Texas**
**Trial Court Case No. 2012-51827**

---

**MEMORANDUM OPINION**

Appellant, Automation Wash, Ltd., has filed an appeal from the Order and Final Summary Judgment signed by the trial court on May 14, 2013. The trial court clerk filed the clerk's record on July 23, 2013, and the court reporter filed an information sheet on August 13, 2013 indicating no record was taken. Appellant's brief was therefore due on September 16, 2013. *See* TEX. R. APP. P. 38.6(a).

As of February 4, 2013, appellant failed to timely file a brief after two extensions had been granted, and on that date the Clerk of this Court notified appellant that failure to file a brief or a motion for extension by February 14, 2014 could lead to dismissal of his appeal. *See* TEX. R. APP. P. 38.8(a), 42.3(b). To date, no brief has been filed.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Brown.